# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dai Ho, | No. CV-26-00773-PHX-SHD (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Jesus Rocha, et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention, arguing he was released from custody and redetained without any due process. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 3.) Respondents' response stated "Respondents do not oppose Petitioner's release at this time." (Doc. 6.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his procedural due process claim.

**IT IS THEREFORE** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his redetention.

///

///

///

///

1        **IT IS FURTHER ORDERED** Respondents must provide a notice of compliance

2 within two business days of Petitioner's release.

3        **IT IS FINALLY ORDERED** any pending motions are denied as moot and the

4 Clerk of Court shall enter judgment in Petitioner's favor and close this case.

5        Dated this 13th day of February, 2026.

6

7

8

9

10                                  Honorable Sharad H. Desai

11                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28